UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| F-M Mortgage Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>American Bank of St. Paul,<br>Centennial Mortgage and Funding, Inc.,<br>Chase Manhattan Mortgage Corp., and<br>Chase Home Finance, LLC<br><br>          Defendants. | Case No.: 08-3399 PAM/AJB<br><br>**ORDER FOR JUDGMENT** |

Plaintiff F-M Mortgage Corporation ("Plaintiff") and Defendant Centennial Mortgage and Funding, Inc. ("Defendant") having entered a "Stipulation for Entry of Judgment under *Miller v. Shugart*" filed with the Court on December 10, 2009, IT IS HEREBY ORDERED:

1. Plaintiff have a monetary judgment against Defendant Centennial Mortgage and Funding, Inc. in the amount of $184,434.89, including costs and disbursements.

2. Plaintiff will seek to collect the judgment against Defendant Centennial Mortgage and Funding, Inc. only in the manner set forth in the Stipulation for Entry of Judgment under *Miller v. Shugart* filed with this Court.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this  15th  day of  December , 2009.

                                        s/Paul A. Magnuson
                                        Paul Magnuson
                                        Judge of United States District Court